**No. 60767.**—I. B. Cohen & Sons Corp. *v.* United States, protest 294993–K New) York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

**No. 60768.**—Victor Handal & Bro., Inc., et al. *v.* United States, protests 236683–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the items marked "A" consist of pearl ladders and strips similar in all material respects to those the subject of Abstract 60159, the claim at 50 percent under paragraph 218 (f), as modified by T. D. 51802, supplemented by T. D. 51898, was sustained. The items marked "B," stipulated to consist of silks carves or squares similar to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), were held dutiable at 32½ percent under paragraph 1210, as modified by T. D. 52739.